**Order entered March 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01488-CR

**DOUGLAS STUART MALCOLM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-81103-2017**

## ORDER

Before the Court is court reporter Denise Condran's March 6, 2018 second request for 15 additional days in which to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **FIFTEEN DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE